UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR. NO. 3:25-CR- 285 |
| v. | : |
| NICOLE HILSTOLSKY, | : (Judge Mariani ) |
| Defendant. | : |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 657
(Theft by a Credit Union Employee)

On or about October 15, 2018, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**NICOLE HILSTOLSKY,**

being an employee of WOD Federal Credit Union, a financial institution with accounts insured by the National Credit Union Administration, with intent to injure and defraud WOD Federal Credit Union, willfully misapplied, embezzled, abstracted, and purloined an amount greater than $1,000 in moneys, funds, and credits of WOD Federal Credit Union belonging to such institution in that the defendant took $16, 247

from WOD Federal Credit Union's safe and teller drawer, without lawful authority or the consent of WOD Federal Credit Union, and then falsely claimed that two unidentified armed bank robbers had committed the theft.

In violation of Title 18, United States Code, Section 657.

BRIAN D. MILLER
Acting United States Attorney

_____          __11/14/2025_____
JAMES M. BUCHANAN                                   Date
Assistant United States Attorney